IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

WILLIAM T. QUINN and DAVID CROSS

    Plaintiffs,

v.

BRAD RAFFENSPERGER, in his capacity as Secretary of State of the State of Georgia,

    Defendant.

CIVIL ACTION FILE

No. 1:24-CV-04364-SCJ

## ORDER

This action was filed in this Court on Thursday, September 26, 2024, seeking relief pursuant to the National Voter Registration Act of 1993 ("NVRA") and Georgia laws pertaining to voter list maintenance. After the close of business on Friday, September 27, 2024, Plaintiffs filed an *Ex Parte* Motion to Expedite Proceedings, in which they request this Court to order Defendant to respond to the Complaint by Wednesday October 2, 2024. Doc. No. [4]. A courtesy copy of

the Motion to Expedite was received in the Chambers of the undersigned on Monday, September 30, 2024.

As an initial matter, the Court notes that Plaintiffs have made no showing that Defendant has been served with process.[1] Proper service of process is a jurisdictional prerequisite. Fuqua v. Turner, 996 F.3d 1140, 1154 (11th Cir. 2021). Therefore, this Court has no authority to require Defendant to respond to the Complaint or appear at a hearing until service of process has been effectuated.

Also, despite noting that their Complaint is for expedited declaratory judgment and application for writ of mandamus and injunction, Plaintiffs did not file a separate motion as required by the undersigned's Case Instructions. See https://www.gand.uscourts.gov/sites/gand/files/SCJ_Instructions3_0.pdf, 5. Therefore, without a pending motion, there is nothing for this Court to address beyond the Complaint itself.

Plaintiffs have failed to cite authority to support their request that the Court require a Defendant (who has not been served with process) to answer a complaint within 48 hours and appear for a trial three days later. The Court

---

[1] The Motion to Expedite indicates that "Plaintiffs are currently in the process of effecting [sic] service of process on Defendant." Doc. No. [4-1], 3.

declines to issue such an order. Therefore, the Motion to Expedite Proceedings is **DENIED**. Doc. No. [4].

IT IS SO ORDERED this 2nd day of October, 2024.

_____
HONORABLE STEVE C. JONES
United States District Judge