# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| WILLIAM T. QUINN and DAVID CROSS, <br><br> *Plaintiffs*, <br><br> v. <br><br> BRAD RAFFENSPERGER, in his official capacity as Secretary of State of Georgia, <br><br> *Defendant*. | Case 1:24-cv-04364-SCJ |

### PROPOSED INTERVENOR-DEFENDANTS GEORGIA STATE CONFERENCE OF THE NAACP; GEORGIA COALITION FOR THE PEOPLE'S AGENDA, INC.; AND LEAGUE OF WOMEN VOTERS OF GEORGIA MOTION TO INTERVENE

COMES NOW GEORGIA STATE CONFERENCE OF THE NAACP; GEORGIA COALITION FOR THE PEOPLE'S AGENDA, INC.; and LEAGUE OF WOMEN VOTERS OF GEORGIA ("Proposed Intervenor-Defendants"), by and through their undersigned counsel of record, and file this Motion to Intervene in the above-referenced matter pursuant to Federal Rules of Civil Procedure 24(a) and (b).

The basis for this motion is fully set forth in Proposed Intervenor-Defendants' Brief in Support of Motion to Intervene. As required by Federal Rule of Civil Procedure 24(c), Proposed Intervenor-Defendants accompany their Motion to Intervene with a proposed Motion to Dismiss and brief in support as Exhibit 1.

1

Respectfully submitted, this 2nd day of October, 2024.

*/s/ Gerry Weber*
Gerald Weber (GA Bar No. 744878)
Law Offices of Gerry Weber, LLC
Post Office Box 5391
Atlanta, Georgia 31107
Telephone: 404.522.0507
Email: wgerryweber@gmail.com

Ezra D. Rosenberg*
Julie M. Houk*
Pooja Chaudhuri*
Alexander S. Davis*
Heather Szilagyi*
erosenberg@lawyerscommittee.org
jhouk@lawyerscommittee.org
pchaudhuri@lawyerscommittee.org
adavis@lawyerscommittee.org
hszilagyi@lawyerscommittee.org
LAWYERS' COMMITTEE FOR
CIVIL RIGHTS UNDER LAW
1500 K Street NW, Suite 900
Washington, D.C. 20005
Telephone: (202) 662-8600
Facsimile: (202) 783-0857

Caitlin May (Ga. Bar No. 602081)
Cory Isaacson (Ga. Bar No. 983797)
Akiva Freidlin (Ga. Bar No. 692290)
ACLU FOUNDATION OF
GEORGIA, INC.
P.O. Box 570738
Atlanta, Georgia 30357
(678) 310-3699
cisaacson@acluga.org
cmay@acluga.org
afreidlin@acluga.org

Theresa J. Lee*
Sophia Lin Lakin*
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2500
tlee@aclu.org
slakin@aclu.org

John S. Cusick*
Stuart Naifeh*
NAACP LEGAL DEFENSE
 & EDUCATIONAL FUND, INC.
40 Rector Street, 5th Floor
New York, NY 10006
jcusick@naacpldf.org
snaifeh@naacpldf.org

Avatara A. Smith-Carrington*
I. Sara Rohani*
NAACP LEGAL DEFENSE
 & EDUCATIONAL FUND, INC.
700 14th Street NW, Ste. 600
Washington, DC 20005
acarrington@naacpldf.org
srohani@naacpldf.org

R. Gary Spencer (Ga. Bar No. 671905)
NAACP LEGAL DEFENSE
 & EDUCATIONAL FUND, INC.
260 Peachtree St. NW, Ste 2300
Atlanta, GA 30303
gspencer@naacpldf.org

*motion for admission *pro hac vice* forthcoming

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1, the undersigned counsel hereby certifies that this document has been prepared with one of the font and point selections approved by the Court in Local Rule 5.1.

Dated this 2nd day of October 2024.

*/s/ Gerald Weber*
Georgia Bar No. 744878
Law Offices of Gerry Weber, LLC
PO Box 5391
Atlanta, Georgia 31107
Tel: (404) 522-0507
Email: wgerryweber@gmail.com
