# EXHIBIT 2

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| WILLIAM T. QUINN and DAVID CROSS, <br><br> *Plaintiffs*, <br><br> v. <br><br> BRAD RAFFENSPERGER, in his official capacity as Secretary of State of Georgia, <br><br> *Defendant*. | Case 1:24-cv-04364-SCJ |

## **DECLARATION OF GERALD GRIGGS**

Pursuant to 28 U.S.C. § 1746, I, Gerald Griggs, declare:

1. I am over the age of 18 years, have personal knowledge of the matters stated herein, am competent to make this declaration, and would testify to the same if called as a witness in Court.

2. I am the President of the Georgia State Conference of the NAACP ("GA NAACP") and I am authorized to speak for the GA NAACP in this matter.

3. The GA NAACP, a unit of the National NAACP founded in 1909, is the oldest and one of the largest, most significant organizations promoting and protecting the civil rights of African Americans and other racial and ethnic minorities in Georgia.

4. The GA NAACP is a non-partisan, interracial, nonprofit membership organization with a mission to "eliminate racial discrimination through democratic processes and ensure the equal political, educational, social, and economic rights of all persons, in particular African Americans." Protecting and promoting the voting rights of Black voters, other voters of color, and underserved communities is essential to this mission.

5. In pursuit of its core mission, the GA NAACP engages in robust voter registration, voter education, and get-out-the-vote activities, expending

considerable resources towards ensuring that eligible voters in Georgia, particularly voters in traditionally disenfranchised communities, can exercise their right to vote.

6. The GA NAACP is headquartered in College Park, GA. It has over 180 branches and chapters throughout the State.

7. At this time, based upon internal, confidential membership information, the GA NAACP has nearly 10,000 active members in Georgia.

8. At this time, based upon GA NAACP's confidential membership information, GA NAACP has members, including those that are registered voters, in at least 120 counties in Georgia.

9. The GA NAACP membership is comprised of predominately Black and other minority individuals and includes registered voters who reside throughout the state.

10. In advance of the November 2024 General Election, the GA NAACP has been holding get-out-the-vote events, registering prospective voters, advising their members and their broader constituents to check their voter registration, and planning their Souls-to-the-Polls programs.

11. At this time, the GA NAACP has members who are registered to vote in many counties across Georgia and who are likely to cast ballots in

the upcoming November 5, 2024 General Election and any potential runoff election.

12. Any new members that the GA NAACP has assisted in registering to vote in the past few months will also likely participate in the General Election and any runoff election that ensues.

13. I am aware the Complaint filed by Mr. Quinn and Mr. Cross demands that the Georgia Secretary of State initiate list maintenance with respect to voters that Mr. Quinn and Mr. Cross allege have moved, and to do so before the November 5, 2024 General Election.

14. Specifically, I am aware that Mr. Quinn and Mr. Cross demand that the Court order the Georgia Secretary of State to send notices to voters who they allege have moved and place those voters into inactive status on the voter rolls if they fail to respond within 30 days, also before the November 5, 2024 General Election.

15. This is extremely concerning to me and the GA NAACP as we are so close to the General Election. If the relief Plaintiffs seek is granted, then I and the GA NAACP worry that voters who thought that they were properly registered to vote will find themselves facing unnecessary burdens on their right to vote after being incorrectly labeled as

ineligible by the data analysis that Mr. Quinn and Mr. Cross have allegedly done.

16. I am worried that GA NAACP's members and constituents will be confused about their eligibility to vote if they are suddenly moved into inactive status or receive notice that they may be ineligible in the weeks before the General Election, especially after the close of voter registration on October 7, 2024.

17. This improper voter list maintenance demand would also frustrate GA NAACP's mission. We have worked hard to assist Black Georgians and other prospective voters in registering to vote, educating them about voting and the electoral process, and now are planning to mobilize them to cast ballots at the polls. Last-minute list maintenance will introduce confusion and threaten all the hard work that we have done.

18. We also have limited staff and volunteer resources to troubleshoot any issues that arise if the Secretary of State has to mail a large number of change-of-address notices to voters so close to the election. Our staff time was dedicated to registering, educating, and activating voters for the upcoming general election. But now, we would have to follow-up

with all impacted voters who may be confused or deterred from voting when they receive a mailing indicating they may not be eligible to vote.

19. These tasks would be challenging and resource-intensive, especially in our marginalized constituencies. Those vulnerable voters have less time and resources to navigate bureaucratic hurdles related to their voter registrations. To that end, GA NAACP's resources will be stretched thin. We will not be able to conduct the same amount of affirmative voter engagement and registration activity in support of our core organizational functions as we normally would.

20. Our work relating to other initiatives in the criminal justice and economic justice spaces would also suffer as we would not have time to push that forward.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 2nd day of October 2024 in Atlanta, Georgia.

_____

Gerald Griggs
President
Georgia State Conference of the NAACP