# EXHIBIT 3

**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| WILLIAM T. QUINN and DAVID CROSS, | |
| *Plaintiffs*, | |
| v. | Case 1:24-cv-04364-SCJ |
| BRAD RAFFENSPERGER, in his official capacity as Secretary of State of Georgia, | |
| *Defendant*. | |

**<u>DECLARATION OF HELEN BUTLER</u>**

Pursuant to 28 U.S.C. § 1746, I, Helen Butler, declare as follows:

1.   I am the Executive Director of the Georgia Coalition for the People's Agenda ("GCPA" or "People's Agenda"), over 18 years of age, and competent to make this declaration.

2.   I have personal knowledge of the matters stated herein and would testify to the same if called as a witness in Court.

3.   GCPA is a Georgia not-for-profit corporation with its principal place of business located in Atlanta, Georgia.

4.   GCPA encourages voter registration and participation, particularly among Black and other underrepresented communities. GCPA's support of voting rights and access is central to its mission. The organization has committed, and ahead of the 2024 General Election, continues to commit time and resources to conducting voter registration drives, voter education, voter ID assistance, election protection, other get-out-the-vote efforts in Georgia, such as "Souls to the Polls," "Pews to the Polls" and other initiatives designed to encourage voter turnout, and impact litigation involving voting rights issues.

5.   GCPA is a coalition of more than 30 organizations, which collectively have more than 5,000 individual members across the state of Georgia.

1

The organization operates seven offices across the State of Georgia: its main office in Atlanta, and additional offices in Athens, Augusta, Albany, Savannah, Macon, and LaGrange. We are expecting to open an office in Rome later this year. Each office serves roughly 10 to 12 surrounding counties on a regular basis.

6.  GCPA has limited resources to cover all of this work, with seven paid full-time staff members working in the main Atlanta office, and six coordinators, each assigned to a particular area of Georgia. The coordinators are responsible for organizing the organization's activities in the communities they serve, including civic engagement activities, voter registration drives, voter mobilization efforts, and the organization's education and coalition work. People's Agenda also has a couple hundred volunteers that work with its offices across the State of Georgia, including in Atlanta.

7.  I am aware the Complaint filed by Mr. Quinn and Mr. Cross demands that the Georgia Secretary of State initiate list maintenance with respect to voters that Mr. Quinn and Mr. Cross allege have moved, and to do so before the November 5, 2024, General Election.

2

8.    Specifically, I am aware that Mr. Quinn and Mr. Cross demand that the
      Court order the Georgia Secretary of State to send notices to voters who
      they allege have moved and place those voters into inactive status on
      the voter rolls if they fail to respond within 30 days, also before the
      November 5, 2024 General Election.

9.    I am very concerned that Mr. Quinn and Mr. Cross are demanding that
      the Secretary of State undertake changes to the voter rolls that could
      unleash mass confusion so close to a high-interest General Election
      with federal and state and local candidates on the ballot. I am worried
      that this will place unnecessary burdens on the right to vote of eligible
      Georgia voters who are incorrectly labeled as ineligible by the data
      analysis that Mr. Quinn and Mr. Cross have done.

10.   Additionally, GCPA has assisted numerous Georgians in registering to
      vote during 2024 and is aware that in many counties, there are
      significant backlogs in the processing of new and updated voter
      registration forms. Counties are receiving a significant number of new
      and updated paper registration forms, and will continue to receive more
      forms, on or prior to the close of voter registration. Eligible Georgians
      may have updated or submitted new voter registration application

3

forms during this period making Mr. Quinn and Mr. Cross' data analysis outdated since they analyzed this voter registration data even before they filed this lawsuit.

11.    At this time, GCPA has members registered to vote in many counties across Georgia who are likely to vote in the upcoming November 5, 2024, General Election and any ensuing runoffs. GCPA also anticipates that it has members who are, or will become, registered voters in Georgia before the October 7, 2024 voter registration deadline.

12.    I am worried that GCPA's members and constituents will be confused about their eligibility to vote if they are suddenly moved into inactive status in the weeks before the General Election. In addition, many GCPA members are dealing with the aftermath of Hurricane Helene including having their gas and power shut off. GCPA members do not have the time or the energy to deal with any confusion or problems around their registrations becoming inactive or getting kicked off the voting rolls if the Court grants the relief that Mr. Quinn and Mr. Cross seek.

13.    GCPA has, and continues to, work to prevent efforts to suppress or disenfranchise Black and other underrepresented communities' voters

4

and has been involved in voting rights litigation in Georgia to vindicate their rights.

14.   Ahead of the November General Election, GCPA has and continues to conduct voter outreach efforts in the greater Metro Atlanta region and throughout other areas of Georgia. Our voter empowerment programs include educating prospective voters about how to register to vote and to confirm their registration status.

15.   GCPA will also have to divert our precious staff time away from other activities the organization had planned. For instance, in normal times, the People's Agenda typically performs a lot of work on matters outside of the voting process—namely, criminal justice reform, equity in education, economic empowerment for Black-owned businesses, environmental justice, and elder issues. The People's Agenda seeks to balance its limited time and resources between these areas.

16.   Instead, depending on what the Court decides to do here, we may have to deal with the aftermath of any potential list maintenance before the General Election. Our activities related to educating voters about the options to vote in-person during advanced voting, in-person on Election

5

Day and by mail via absentee ballot; and helping voters to understand changes in election laws and redistricting will suffer.

17.   GCPA, its coalition organizations, and members have a strong interest in preventing the disenfranchisement of eligible voters in Georgia, including eligible Black voters and other voters of color from underrepresented communities.

18.   Given the substantial number of Black voters who may be potentially impacted by this lawsuit, a ruling ordering the Secretary of State to improperly force voters into inactive status would directly harm GCPA's organizational mission to ensure communities of color are not disenfranchised.

19.   And requiring the Secretary of State to place thousands of voters into inactive status right before the election increases the chance that there will be mistakes and inaccuracies in who is flagged as "ineligible." GCPA wants to prevent eligible voters from being marked as inactive or potentially kicked off the rolls when it is too late for them to register to vote.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 2nd day of October 2024 in Atlanta, Georgia.

Helen Butler
Executive Director
Georgia Coalition for the Peoples' Agenda

7