# EXHIBIT 4

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| WILLIAM T. QUINN and DAVID CROSS,<br><br>*Plaintiffs*,<br><br>v.<br><br>BRAD RAFFENSPERGER, in his official capacity as Secretary of State of Georgia,<br><br>*Defendant*. | Case 1:24-cv-04364-SCJ |

## **DECLARATION OF NICHOLA HINES**

Pursuant to 28 U.S.C. § 1746, I, Nichola Hines, declare as follows:

1. I am the President of the League of Women Voters of Georgia ("LWVGA") and a member of the local Fulton County branch. I am also a resident and registered voter in Fulton County.

2. I am over 18 years of age and I am competent to make this declaration.

3. I have personal knowledge of the matters stated herein and would testify to the same if called as a witness in Court.

4. The LWVGA is a nonpartisan organization that has worked for the last 103 years to ensure that every person has the desire, the right, the knowledge, and the confidence to participate in our democracy. The LWVGA has 13 local organizations and nearly 700 members who are dedicated to their mission of empowering voters and defending democracy.

5. From the LWVGA's inception, members have promoted good government by studying issues, advocating for reforms, and, through the Observer Corps, observing and reporting on the work of all levels of government. The LWVGA is committed to assisting Georgians registering to vote, regardless of their political affiliation, and is particularly proud of its work with other Georgia civic engagement and voting rights advocates in registering new American citizens at citizenship ceremonies.

6. As part of its mission, the LWGVA advocates for expansion of voting opportunities, including through absentee by mail voting, early in-person voting, and election day voting.

7. The LWVGA expends significant resources in furtherance of its voting-related mission, including by organizing voter registration drives, educating the public about the voting process, engaging in mass-mailing campaigns targeted at voter education and voter registration, and assisting voters who have questions or need help navigating the voting process—including voters who are the subject of registration challenges or other questions to their eligibility.

8. With respect to the upcoming November 5, 2024 General Election, the LWVGA has participated in numerous voter registration drives and is mailing thousands of postcards to Georgians who are not active voters—particularly women between the ages of 18-34 and Black men to encourage them to confirm their registration status ahead of the upcoming General Election. LWVGA intends to continue its outreach and voter education work throughout the 2024 election cycle and beyond.

9. I am aware the Complaint filed by Mr. Quinn and Mr. Cross demands that the Georgia Secretary of State initiate list maintenance with respect to voters

that Mr. Quinn and Mr. Cross allege have moved, and to do so before the November 5, 2024 General Election.

10. Specifically, I am aware that Mr. Quinn and Mr. Cross demand that the Court order the Georgia Secretary of State to send notices to voters who they allege have moved and place those voters into inactive status on the voter rolls if they fail to respond within 30 days, also before the November 5, 2024 General Election.

11. I and the LWVGA are concerned that Plaintiffs' litigation, if successful, risks potentially disenfranchising LWVGA members across Georgia. Specifically, we also worry that voters who thought that they were properly registered to vote will find themselves facing unnecessary burdens on their right to vote after being incorrectly labeled as ineligible by the data analysis that Mr. Quinn and Mr. Cross have allegedly done.

12. Declaring that the Secretary of State must send mailings to voters notifying them that they are potentially ineligible would also force the LWVGA to have to dedicate additional resources to assisting voters who are confused about their registration status and their options for voting. Because of LWVGA's limited resources, this effort would come at the expense of its other voter education, voter registration, and election protection efforts.

Executed this 1st day of October 2024 in Atlanta, Georgia.

_____
Nichola Hines, President
League of Women Voters of Georgia, Inc.
P.O. Box 177
Decatur, GA 30031

4