# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| WILLIAM T. QUINN and DAVID CROSS, <br><br> Plaintiffs, <br><br> v. <br><br> BRAD RAFFENSPERGER, in his official capacity as Secretary of State of Georgia, <br><br> Defendant. | Civil Action No. 24-cv-04364-SCJ |

## BLACK VOTERS MATTER FUND'S MOTION TO INTERVENE AS DEFENDANT

COMES NOW BLACK VOTERS MATTER FUND, by and through its undersigned counsel of record, and files this Motion to Intervene in the above-referenced matter pursuant to Federal Rule of Civil Procedure 24(a) and (b).

The basis for the motion is more fully set forth in the accompanying brief in support of the Motion to Intervene.

Proposed Intervenor Black Voters Matter Fund requests the Court's permission to file a Motion to Dismiss and accompanying brief in support, attached as Exhibit 2. Should the Court decline to grant Proposed Intervenor's request to file its Motion to Dismiss, Proposed Intervenor has alternatively attached a Proposed Answer and Defenses as Exhibit 1.

Dated: October 10, 2024

Respectfully submitted,

**/s/ Adam Sparks**
Adam M. Sparks (Ga. Bar No. 341578)
Anré D. Washington (Ga. Bar No. 351623)
**KREVOLIN & HORST, LLC**
1201 W. Peachtree St., NW
One Atlantic Center, Suite 3250
Atlanta, GA 30309
Telephone: (404) 888-9700
Facsimile: (404) 888-9577
Email: sparks@khlawfirm.com
Email: washington@khlawfirm.com

Uzoma N. Nkwonta*
Justin Baxenberg*
Marcos Mocine-McQueen*
**ELIAS LAW GROUP LLP**
250 Massachusetts Ave., Suite 400
Washington, D.C. 20001
Telephone: (202) 968-4490
unkwonta@elias.law
jbaxenburg@elias.law
mmcqueen@elias.law

Tyler L. Bishop*
**ELIAS LAW GROUP LLP**
1700 Seventh Avenue, Suite 2100
Seattle, Washington 98101
(202) 985-0628
tbishop@elias.law

*Counsel for Proposed Intervenor-Defendant Black Voters Matter Fund*

**Pro Hac Vice Application Forthcoming*

# CERTIFICATE OF SERVICE

I hereby certify that on this the 10th day of October, 2024, I served the foregoing ***Black Voters Matter Fund's Motion to Intervene as Defendant*** with the Clerk of Court via the CM/ECF system, which will automatically send a notice of filing to all counsel of record.

This 10th day of October 2024.

**/s/ Adam M. Sparks**
Adam M. Sparks
*Counsel for Proposed Intervenor-Defendant BVMF*