# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION

| | |
|---|---|
| WILLIAM T. QUINN and DAVID CROSS,<br><br>*Plaintiffs*,<br><br>v.<br><br>BRAD RAFFENSPERGER, in his official capacity as Secretary of State of Georgia,<br><br>*Defendant*,<br><br>and<br><br>GALEO LATINO COMMUNITY DEVELOPMENT FUND, INC., and COMMON CAUSE GEORGIA,<br><br>*Defendant-Intervenors, Counterclaim Plaintiffs, and Cross-Claimants* | **Civil Action Number**<br>**1:24-CV-4364-SCJ** |

## NOTICE OF FILING BY DEFENDANT-INTERVENORS GALEO LATINO COMMUNITY DEVELOPMENT FUND, INC. AND COMMON CAUSE GEORGIA

Defendant-Intervenors GALEO LATINO COMMUNITY DEVELOPMENT FUND, INC. ("GALEO") and COMMON CAUSE GEORGIA ("Common Cause") give notice of filing the following:

1. GALEO Latino Community Development Fund, Inc. and Common Cause Georgia's Motion for Judgment on the Pleadings and Request for Emergency Treatment Under Local Rule 7.2(B);

2. GALEO Latino Community Development Fund, Inc. and Common Cause Georgia's Motion for Preliminary Injunction, or, in the Alternative, for Expedited Summary Judgment;

1

78318677;1

3. Statement of Undisputed Material Facts in Support of GALEO Latino Community Development Fund, Inc. and Common Cause Georgia's Motion for Preliminary Injunction, or, in the Alternative, for Expedited Summary Judgment and GALEO Latino Community Development Fund, Inc. and Common Cause Georgia's Motion for Judgment on the Pleadings as to the Complaint;

4. Combined Brief in Support of GALEO Latino Community Development Fund, Inc. and Common Cause Georgia's Expedited Motion for Judgment on the Pleadings Against Plaintiffs, and of their Expedited Motion for Preliminary Injunction, or, in the Alternative, for Expedited Summary Judgment Against Defendant; and

5. Proposed Order on GALEO Latino Community Development Fund, Inc. and Common Cause Georgia's Expedited Motion for Preliminary Injunction.

Respectfully submitted this 11th day of October, 2024.

| | |
|---|---|
| Bradley E. Heard<br>(GA Bar No. 342209)<br>bradley.heard@splcenter.org<br>Avner M. Shapiro*<br>avner.shapiro@splcenter.org<br>Jack Genberg<br>(GA Bar No. 144076)<br>jack.genberg@splcenter.org<br>**SOUTHERN POVERTY LAW CENTER**<br>1101 17th St NW Ste 550<br>Washington, DC 20036<br>Telephone: (888) 414-7752<br><br>Courtney O'Donnell<br>(GA Bar No. 164720)<br>courtney.odonnell@splcenter.org<br>Pichaya Poy Winichakul<br>(GA Bar 246858)<br>poy.winichakul@splcenter.org<br>**SOUTHERN POVERTY LAW CENTER**<br>150 E Ponce de Leon Ave Ste 340<br>Decatur, GA 30030 | */s/ Montoya M. Ho-Sang*<br>Montoya M. Ho-Sang<br>Georgia Bar No: 572105<br>montoya.ho-sang@akerman.com<br>**AKERMAN LLP**<br>999 Peachtree Street, NE Suite 1700<br>Atlanta, Georgia 30309<br>(404) 733-9812 – Telephone<br>(404) 733-733-9912 – Facsimile<br><br>Scott E. Allbright, Jr.*<br>scott.allbright@akerman.com<br>**AKERMAN LLP**<br>98 Southeast Seventh Street, Suite 1100<br>Miami, FL 33131<br>(305) 374-5600 – Telephone<br>(305) 374-5095 – Facsimile<br><br>*Co-Counsel for Defendant-Intervenors GALEO Latino Community Development Fund and Common Cause Georgia* |

| | |
|---|---|
| Telephone: (404) 521-6700<br><br>*Co-Counsel for Defendant-Intervenors GALEO Latino Community Development Fund and Common Cause Georgia*<br><br>*Pro hac vice* application to be filed | *Pro hac vice* application to be filed |

## CERTIFICATION OF FONT AND POINT SIZE

Pursuant to Local Rule 7.1(D), this will certify that the within and foregoing document was prepared with one of the font and point selections approved by the Court in Local Rule 5.1(B), specifically Times New Roman, 14 point.

This 11th day of October, 2024.

/s/ *Montoya M. Ho-Sang*
Montoya M. Ho-Sang (GA Bar # 572105)

78318677;1

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **NOTICE OF FILING BY DEFENDANT-INTERVENORS GALEO LATINO COMMUNITY DEVELOPMENT FUND, INC. AND COMMON CAUSE GEORGIA** with the Clerk of Court using the CM/ECF filing system, which automatically sends notice and a copy of the filing to all counsel of record via electronic mail.

This 11th day of October, 2024.

                                                */s/ Montoya M. Ho-Sang*
                                                Montoya M. Ho-Sang
                                                Georgia Bar No. 572105

                                                *Co-Counsel for Defendant-Intervenors GALEO Latino Community Development Fund and Common Cause Georgia*