# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION

| | |
|---|---|
| WILLIAM T. QUINN and DAVID CROSS,<br><br>*Plaintiffs,*<br><br>v.<br><br>BRAD RAFFENSPERGER, in his official capacity as Secretary of State of Georgia,<br><br>*Defendant,*<br><br>and<br><br>GALEO LATINO COMMUNITY DEVELOPMENT FUND, INC., and COMMON CAUSE GEORGIA,<br><br>*Defendant-Intervenors, Counterclaim Plaintiffs, and Cross-Claimants* | **Civil Action Number**<br>**1:24-CV-4364-SCJ** |

## GALEO LATINO COMMUNITY DEVELOPMENT FUND, INC. AND COMMON CAUSE GEORGIA'S MOTION FOR JUDGMENT ON THE PLEADINGS AND REQUEST FOR EMERGENCY TREATMENT UNDER LOCAL RULE 7.2(B)

Defendant-Intervenor GALEO LATINO COMMUNITY DEVELOPMENT FUND, INC. ("GALEO") and COMMON CAUSE GEORGIA ("Common Cause") move, pursuant to Rule 12(c) of the Federal Rules of Civil Procedure and Local Rule 7.2(B), for judgment on the pleadings on the Complaint filed by Plaintiffs WILLIAM T. QUINN and DAVID CROSS.

78307956;2

## REQUEST FOR EXPEDITED CONSIDERATION

Pursuant to Local Rule 7.2(B), GALEO and Common Cause request that this motion for judgment on the pleadings be treated as an emergency motion and be given expedited consideration by the Court. On November 5, 2024, a general election will be held in Georgia and across the country in which federal candidates for office will be running. Expedited consideration of this Motion is necessary to prevent the unlawful inactivation of thousands of eligible, active, and registered voters, including some of GALEO and Common Cause's members and constituents. GALEO and Common Cause therefore respectfully request the Court designate the instant motion as an emergency motion under Local Rule 7.2(B) and order Plaintiffs to file their response within three days.

Respectfully submitted this 11th day of October, 2024.

| | |
|---|---|
| Bradley E. Heard (GA Bar No. 342209) bradley.heard@splcenter.org Avner M. Shapiro* avner.shapiro@splcenter.org Jack Genberg (GA Bar No. 144076) jack.genberg@splcenter.org **SOUTHERN POVERTY LAW CENTER** 1101 17th St NW Ste 550 Washington, DC 20036 Telephone: (888) 414-7752  Courtney O'Donnell (GA Bar No. 164720) courtney.odonnell@splcenter.org | */s/ Montoya M. Ho-Sang* Montoya M. Ho-Sang Georgia Bar No: 572105 montoya.ho-sang@akerman.com **AKERMAN LLP** 999 Peachtree Street, NE Suite 1700 Atlanta, Georgia 30309 (404) 733-9812 – Telephone (404) 733-733-9912 – Facsimile  Scott E. Allbright, Jr.* scott.allbright@akerman.com **AKERMAN LLP** 98 Southeast Seventh Street, Suite 1100 Miami, FL 33131 (305) 374-5600 – Telephone |

78307956;2

| | |
|---|---|
| Pichaya Poy Winichakul (GA Bar 246858) poy.winichakul@splcenter.org **SOUTHERN POVERTY LAW CENTER** 150 E Ponce de Leon Ave Ste 340 Decatur, GA 30030 Telephone: (404) 521-6700  *Co-Counsel for Defendant-Intervenors GALEO Latino Community Development Fund and Common Cause Georgia*  \**Pro hac vice* application to be filed | (305) 374-5095 – Facsimile  *Co-Counsel for Defendant-Intervenors GALEO Latino Community Development Fund and Common Cause Georgia*  \**Pro hac vice* application to be filed |

## **CERTIFICATION OF FONT AND POINT SIZE**

Pursuant to Local Rule 7.1(D), this will certify that the within and foregoing document was prepared with one of the font and point selections approved by the Court in Local Rule 5.1(B), specifically Times New Roman, 14 point.

This 11th day of October, 2024.

*/s/ Montoya M. Ho-Sang*
Montoya M. Ho-Sang (GA Bar # 572105)

78307956;2

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **GALEO LATINO COMMUNITY DEVELOPMENT FUND, INC. AND COMMON CAUSE GEORGIA'S MOTION FOR JUDGMENT ON THE PLEADINGS AND REQUEST FOR EMERGENCY TREATMENT UNDER LOCAL RULE 7.2(B)** with the Clerk of Court using the CM/ECF filing system, which automatically sends notice and a copy of the filing to all counsel of record via electronic mail.

This 11th day of October, 2024.

                    */s/ Montoya M. Ho-Sang*
                    Montoya M. Ho-Sang
                    Georgia Bar No. 572105

                    *Co-Counsel for Defendant-Intervenors GALEO Latino Community Development Fund and Common Cause Georgia*