# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| WILLIAM T. QUINN and DAVID CROSS, <br><br> *Plaintiffs,* <br><br> v. <br><br> BRAD RAFFENSPERGER, in his official capacity as Secretary of State of Georgia, <br><br> *Defendant,* <br><br> and <br><br> GALEO LATINO COMMUNITY DEVELOPMENT FUND, INC., and COMMON CAUSE GEORGIA, <br><br> *Defendant-Intervenors, Counterclaim Plaintiffs, and Cross-Claimants* | <u>Civil Action Number</u> <br> **1:24-CV-4364-SCJ** |

### GALEO LATINO COMMUNITY DEVELOPMENT FUND, INC. AND COMMON CAUSE GEORGIA'S MOTION FOR PRELIMINARY INJUNCTION, OR, IN THE ALTERNATIVE, FOR EXPEDITED SUMMARY JUDGMENT AND REQUEST FOR EMERGENCY TREATMENT UNDER LOCAL RULE 7.2(B)

Defendant-Intervenor GALEO LATINO COMMUNITY DEVELOPMENT FUND, INC. ("GALEO") and COMMON CAUSE GEORGIA ("Common Cause") move, pursuant to Rule 65 of the Federal Rules of Civil Procedure and Local Rules 7.5(B) and 65.2, for an expedited preliminary injunction against the Defendant, BRAD RAFFENSPERGER. In the alternative, GALEO and Common Cause move,

78307911;2

pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rules 7.2(B) and 56, for summary judgment against Defendant.

## REQUEST FOR EXPEDITED CONSIDERATION

Pursuant to Local Rule 7.2(B), GALEO and Common Cause request expedited consideration by the Court. On November 5, 2024, a general election will be held in Georgia and across the country in which federal candidates for office will be running. Expedited consideration is necessary to prevent the unlawful inactivation of thousands of eligible, active, and registered voters, including some of GALEO and Common Cause's members and constituents. GALEO and Common Cause therefore respectfully request the Court expedite consideration as permitted by Local Rule 7.2(B) and order RAFFENSPERGER to file his response within three days.

Respectfully submitted this 11th day of October, 2024.

| | |
|---|---|
| Bradley E. Heard | /s/ Montoya M. Ho-Sang |
| (GA Bar No. 342209) | Montoya M. Ho-Sang |
| bradley.heard@splcenter.org | Georgia Bar No: 572105 |
| Avner M. Shapiro* | montoya.ho-sang@akerman.com |
| avner.shapiro@splcenter.org | **AKERMAN LLP** |
| Jack Genberg | 999 Peachtree Street, NE Suite 1700 |
| (GA Bar No. 144076) | Atlanta, Georgia 30309 |
| jack.genberg@splcenter.org | (404) 733-9812 – Telephone |
| **SOUTHERN POVERTY LAW CENTER** | (404) 733-733-9912 – Facsimile |
| 1101 17th St NW Ste 550 | |
| Washington, DC 20036 | Scott E. Allbright, Jr.* |
| Telephone: (888) 414-7752 | scott.allbright@akerman.com |
| | **AKERMAN LLP** |
| Courtney O'Donnell | 98 Southeast Seventh Street, Suite 1100 |

78307911;2

| | |
|---|---|
| (GA Bar No. 164720)<br>courtney.odonnell@splcenter.org<br>Pichaya Poy Winichakul<br>(GA Bar 246858)<br>poy.winichakul@splcenter.org<br>**SOUTHERN POVERTY LAW CENTER**<br>150 E Ponce de Leon Ave Ste 340<br>Decatur, GA 30030<br>Telephone: (404) 521-6700<br><br>*Co-Counsel for Defendant-Intervenors GALEO Latino Community Development Fund and Common Cause Georgia*<br><br>\**Pro hac vice* application to be filed | Miami, FL 33131<br>(305) 374-5600 – Telephone<br>(305) 374-5095 – Facsimile<br><br>*Co-Counsel for Defendant-Intervenors GALEO Latino Community Development Fund and Common Cause Georgia*<br><br>\**Pro hac vice* application to be filed |

## **CERTIFICATION OF FONT AND POINT SIZE**

Pursuant to Local Rule 7.1(D), this will certify that the within and foregoing document was prepared with one of the font and point selections approved by the Court in Local Rule 5.1(B), specifically Times New Roman, 14 point.

This 11th day of October, 2024.

                                            */s/ Montoya M. Ho-Sang*
                                            Montoya M. Ho-Sang (GA Bar # 572105)

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **GALEO LATINO COMMUNITY DEVELOPMENT FUND, INC. AND COMMON CAUSE GEORGIA'S MOTION FOR PRELIMINARY INJUNCTION, OR, IN THE ALTERNATIVE, FOR EXPEDITED SUMMARY JUDGMENT AND REQUEST FOR EMERGENCY TREATMENT UNDER LOCAL RULE 7.2(B)** with the Clerk of Court using the CM/ECF filing system, which automatically sends notice and a copy of the filing to all counsel of record via electronic mail.

This 11th day of October, 2024.

/s/ Montoya M. Ho-Sang
Montoya M. Ho-Sang
Georgia Bar No. 572105

*Co-Counsel for Defendant-Intervenors GALEO Latino Community Development Fund and Common Cause Georgia*

78307911;2