# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

WILLIAM T. QUINN and DAVID CROSS,

    *Plaintiffs*,

v.

BRAD RAFFENSPERGER, in his official capacity as Secretary of State of Georgia,

    *Defendant*,

and

GALEO LATINO COMMUNITY DEVELOPMENT FUND, INC., and COMMON CAUSE GEORGIA,

    *Defendant-Intervenors, Counterclaim Plaintiffs, and Cross-Claimants*

<u>Civil Action Number</u>
**1:24-CV-4364-SCJ**

**STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF GALEO LATINO COMMUNITY DEVELOPMENT FUND, INC. AND COMMON CAUSE GEORGIA'S MOTION FOR PRELIMINARY INJUNCTION, OR, IN THE ALTERNATIVE, FOR EXPEDITED SUMMARY JUDGMENT**

**-AND-**

**GALEO LATINO COMMUNITY DEVELOPMENT FUND, INC. AND COMMON CAUSE GEORGIA'S MOTION FOR JUDGMENT ON THE PLEADINGS AS TO THE COMPLAINT**

Pursuant to Fed. R. Civ. P. 56(c) and the Northern District of Georgia Local Rule 56.1(B), Defendant-Intervenors GALEO LATINO COMMUNITY DEVELOPMENT FUND, INC. ("GALEO") and COMMON CAUSE GEORGIA ("Common Cause") submit their Statement of Material Facts in Support of GALEO Latino Community Development Fund, Inc. and Common Cause Georgia's Motion for Preliminary Injunction, or, in the Alternative, for Expedited Summary Judgment and GALEO Latino Community Development Fund, Inc. and Common Cause Georgia's Motion for Judgment on the Pleadings as to the Complaint (ECF No. 1) as follows:

1. Defendant Brad Raffensperger is the Secretary of State of Georgia, with his office address located at 214 State Capitol, Atlanta, Georgia 30334. *See* Compl. ¶ 5; Ans. Counter-Cl., and Cross-Cl. of Def.-Intervenors GALEO Latino Community Development Fund, Inc. and Common Cause (ECF No. 10-2) ("GALEO Ans."), ¶ 5.

2. Defendant Brad Raffensperger is the Secretary of State of Georgia, and his office is located in this judicial district. A substantial part of the events or omissions giving rise to this action occurred in this judicial district. *See* Compl. ¶ 8; GALEO Ans. ¶ 8.

78307345;2

3.  Ga. Code Ann. § 21-2-210 designates Defendant, the Secretary of State, as the "chief state election official to coordinate the responsibilities of this state under the [NVRA]." *See* Compl. ¶ 16; GALEO Ans. ¶ 16.

4.  On November 5, 2024, a general election will be held in Georgia and across the county in which federal candidates for office will be running. GALEO Cr-Cl. ¶ 19.

5.  Pursuant to Section 8(c)(2)(A) of the NVRA, by August 7, 2024—the ninetieth day prior to the November 5, 2024, federal general election—Georgia was required to have completed all systematic list maintenance activities relating to the identification and removal of registered voters from the rolls on account of their potential ineligibility due to a change in their residence. GALEO Cr-Cl. ¶ 20.

6.  Plaintiffs obtained a list of voter registrations from the Georgia Secretary of State that was purchased on or about June 30, 2024. *See* Compl. ¶ 20.

7.  Plaintiffs assert that they submitted the names and addresses for each voter on the SOS's list through the USPS Coding Accuracy Support System ("CASS®") and compared to information from the USPS National Change of Address database. *See* Compl. ¶ 21.

8.  On October 2, 2023, the Secretary of State published a press release describing list maintenance activities performed by county election offices that week. Defendant asserted that the county offices mailed notices to Georgia voters

78307345;2

who filed a National Change of Address form with the U.S. Post Office. *See* Compl. ¶ 26.

9. On September 3, 2024—within the 90-day Quiet Period prior to the November 5, 2024, general federal election—counsel for Plaintiff Quinn mailed a notice letter via Federal Express to Defendant pursuant to the NVRA. A true and correct copy of that notice is attached as Exhibit A to the Complaint. *See* Compl. ¶ 29 & Ex. A.

10. The Georgia Secretary of State's office signed for delivery of this letter the next day on September 4, 2024. *See* Compl. ¶ 29 & Ex. B.

11. The Secretary of State has not responded to Plaintiff Quinn's notice letter and has not otherwise indicated whether he intended to grant or deny the request in whole or in part. Compl. ¶ 38; GALEO Cr-Cl. ¶¶ 27-28.

12. The uncertainty and confusion caused by Plaintiff Quinn's notice letter and similar requests contesting the registration status of voter across Georgia from allied individuals within the 90-day Quiet Period established by Section 8(c) of the NVRA, coupled with the Secretary of State's failure to deny those requests and to provide guidance to local registrars regarding the 90-day Quiet Period, has endangered GALEO and Common Cause's members and constituents and cause GALEO and Common Cause to divert its limited resources toward combatting the negative effects of such activities. GALEO Cr-Cl. ¶¶ 28-31.

13. On September 26, 2024, Plaintiffs filed a two-count complaint seeking a declaratory judgment and a writ of mandamus or injunction directing Secretary Raffensperger to direct all county registrars to send notices under Ga. Code Ann. § 21-2-233(c) to all identified voters who permanently moved outside of the jurisdiction in which they are currently registered, and if any voter fails to respond to the notice within 30 days after the date of the notice, immediately transfer that voter to Georgia's inactive voter registration list (and do so prior to the November 2024 election). *See* Compl., Prayer for Relief.

Respectfully submitted this 11th day of October, 2024.

| | |
|---|---|
| Bradley E. Heard<br>(GA Bar No. 342209)<br>bradley.heard@splcenter.org<br>Avner M. Shapiro*<br>avner.shapiro@splcenter.org<br>Jack Genberg<br>(GA Bar No. 144076)<br>jack.genberg@splcenter.org<br>SOUTHERN POVERTY LAW CENTER<br>1101 17th St NW Ste 550<br>Washington, DC 20036<br>Telephone: (888) 414-7752<br><br>Courtney O'Donnell<br>(GA Bar No. 164720)<br>courtney.odonnell@splcenter.org<br>Pichaya Poy Winichakul<br>(GA Bar 246858)<br>poy.winichakul@splcenter.org<br>SOUTHERN POVERTY LAW CENTER | */s/ Montoya M. Ho-Sang*<br>Montoya M. Ho-Sang<br>Georgia Bar No: 572105<br>montoya.ho-sang@akerman.com<br>**AKERMAN LLP**<br>999 Peachtree Street, NE Suite 1700<br>Atlanta, Georgia 30309<br>(404) 733-9812 – Telephone<br>(404) 733-733-9912 – Facsimile<br><br>Scott E. Allbright, Jr.*<br>scott.allbright@akerman.com<br>**AKERMAN LLP**<br>98 Southeast Seventh Street, Suite 1100<br>Miami, FL 33131<br>(305) 374-5600 – Telephone<br>(305) 374-5095 – Facsimile<br><br>*Co-Counsel for Defendant-Intervenors GALEO Latino Community Development Fund and Common Cause Georgia* |

78307345;2

| | |
|---|---|
| 150 E Ponce de Leon Ave Ste 340<br>Decatur, GA 30030<br>Telephone: (404) 521-6700<br><br>*Co-Counsel for Defendant-Intervenors GALEO Latino Community Development Fund and Common Cause Georgia*<br><br>\**Pro hac vice* application to be filed | \**Pro hac vice* application to be filed |

## **CERTIFICATION OF FONT AND POINT SIZE**

Pursuant to Local Rule 7.1(D), this will certify that the within and foregoing document was prepared with one of the font and point selections approved by the Court in Local Rule 5.1(B), specifically Times New Roman, 14 point.

This 11th day of October, 2024.

*/s/ Montoya M. Ho-Sang*
Montoya M. Ho-Sang (GA Bar # 572105)

78307345;2

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF GALEO LATINO COMMUNITY DEVELOPMENT FUND, INC. AND COMMON CAUSE GEORGIA'S MOTION FOR PRELIMINARY INJUNCTION, OR, IN THE ALTERNATIVE, FOR EXPEDITED SUMMARY JUDGMENT -AND- GALEO LATINO COMMUNITY DEVELOPMENT FUND, INC. AND COMMON CAUSE GEORGIA'S MOTION FOR JUDGMENT ON THE PLEADINGS AS TO THE COMPLAINT** with the Clerk of Court using the CM/ECF filing system, which automatically sends notice and a copy of the filing to all counsel of record via electronic mail.

This 11th day of October, 2024.

/s/ Montoya M. Ho-Sang
Montoya M. Ho-Sang
Georgia Bar No. 572105

*Co-Counsel for Defendant-Intervenors GALEO Latino Community Development Fund and Common Cause Georgia*

78307345;2