# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| WILLIAM T. QUINN and DAVID CROSS,<br><br>*Plaintiffs*,<br><br>v.<br><br>BRAD RAFFENSPERGER, in his official capacity as Secretary of State of Georgia,<br><br>*Defendant*,<br><br>and<br><br>GALEO LATINO COMMUNITY DEVELOPMENT FUND, INC., and COMMON CAUSE GEORGIA,<br><br>*Defendant-Intervenors, Counterclaim Plaintiffs, and Cross-Claimants* | **Civil Action Number**<br>**1:24-CV-4364-SCJ** |

### [PROPOSED] ORDER GRANTING GALEO LATINO COMMUNITY DEVELOPMENT FUND, INC., AND COMMON CAUSE GEORGIA MOTION FOR PRELIMINARY INJUNCTION

The Court has considered GALEO LATINO COMMUNITY DEVELOPMENT FUND, INC. ("GALEO") and COMMON CAUSE GEORGIA's ("Common Cause") motion for preliminary injunction, supporting authorities, the responses from Plaintiffs and Defendant BRAD RAFFENSPERGER ("Secretary of State"), and the evidence and pleadings of record, and finds that: (1) GALEO and Common Cause are likely to succeed on the merits of their claim; (2) GALEO and Common Cause will suffer irreparable injury unless this Court issues an injunction

1

78313994;1

granting relief; (3) the threatened injury to GALEO and Common Cause outweighs possible harm that the injunction may cause the opposing parties; and (4) the injunction is in the public interest. *Wright v. Sumter Cnty. Bd. of Elections & Registration,* 361 F. Supp. 3d 1296, 1302-04 (M.D. Ga. 2018), *aff'd*, 979 F.3d 1282 (11th Cir. 2020).

The Court thus finds that GALEO and Common Cause have clearly established their burden of persuasion as to each of these four factors, and accordingly GALEO and Common Cause's motion is **GRANTED.**

**IT IS ORDERED:**

(1) Defendant Secretary of State is enjoined from undertaking any systematic activities within 90 days of a federal primary or general election to identify, remove, declare "inactive," or otherwise change the "active" status of registered voters who are suspected of having become ineligible to vote based on a change of their residence to a place outside of their registered jurisdiction; and

(2) Defendant Secretary of State is enjoined to instruct all county registrars of the NVRA's prohibition, within 90 days of a federal election, from conducting any systematic activities—either voluntarily or pursuant to a privately initiated mass challenge—to identify, remove, declare "inactive," or otherwise change the "active" status of registered voters

78313994;1

who are suspected of having become ineligible to vote based on a change of their residence to a place outside of their registered jurisdiction.

**IT IS SO ORDERED** this ___ day of October, 2024.

_____
HONORABLE STEVE C. JONES
United States District Judge

78313994;1