IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

|  |  |
|---|---|
| WILLIAM T. QUINN and DAVID CROSS, <br><br> Plaintiffs, <br><br> v. <br><br> BRAD RAFFENSPERGER, in his official capacity as Secretary of State of Georgia, <br><br> Defendant. | CIVIL ACTION FILE <br><br> No. 1:24-CV-04364-SCJ |

## ORDER

This civil action is before the Court on Motions to Intervene filed by the Georgia State Conference of the NAACP; Georgia Coalition for the People's Agenda, Inc., and the League of Women Voters of Georgia (Doc. No. [8]) and the Galeo Latino Community Development Fund, Inc. and Common Cause Georgia (Doc. No. [10]). Plaintiffs have filed responses in opposition to both motions. Doc. Nos [24]; [25].

The Court will conduct a hearing on both Motions to Intervene on October 31, 2024 at 4:00 p.m. The hearing will take place in Courtroom 1907 of the United States Courthouse, 75 Ted Turner Dr, S.W., Atlanta, GA 30303.

IT IS SO ORDERED this __21st__ day of October, 2024.

_____
HONORABLE STEVE C. JONES
United States District Judge