IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| WILLIAM T. QUINN AND DAVID CROSS,<br><br>*Plaintiffs,*<br><br>v.<br><br>BRAD RAFFENSPERGER, in his official capacity as Secretary of State of Georgia,<br><br>*Defendant.* | Civil Action File No.:<br>1:24-cv-04364-SCJ |

## SECRETARY RAFFENSPERGER'S MOTION TO DISMISS

Brad Raffensperger, in his official capacity as Georgia Secretary of State (the "Secretary"), files this Motion to Dismiss pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6). As the Secretary demonstrates in the accompanying Brief in Support, the Complaint should be dismissed for lack of jurisdiction and for failure to state a claim.

This 21st day of October, 2024.

                                            Respectfully submitted,

                                            CHRISTOPHER M. CARR    112505
                                            Attorney General

                                            BRYAN K. WEBB           743580
                                            Deputy Attorney General

/s/ *Elizabeth T. Young*
ELIZABETH T. YOUNG        707725
Senior Assistant Attorney General

/s/ *Alexandra M. Noonan*
ALEXANDRA M. NOONAN       733236
Assistant Attorney General

*Attorneys for Secretary of State Brad Raffensperger*

Please address all communications to:
Elizabeth T. Young
Georgia Department of Law
40 Capitol Square, SW
Atlanta, Georgia 30334
Telephone: (404) 458-3425
Email: eyoung@law.ga.gov

## CERTIFICATE OF COMPLIANCE

Pursuant to L.R. 7.1(D), the undersigned hereby certifies that the foregoing has been prepared in Century Schoolbook 13, a font and type selection approved by the Court in L.R. 5.1(C).

*/s/ Alexandra M. Noonan*
ALEXANDRA M. NOONAN    733236
Assistant Attorney General

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing **SECRETARY RAFFENSPERGER'S MOTION TO DISMISS** with the Clerk of Court using the CM/ECF e-filing system, which will send notification of such filing to the parties of record via electronic notification.

Dated: October 21, 2024.

                                        */s/ Alexandra M. Noonan*
                                        ALEXANDRA M. NOONAN   733236
                                        Assistant Attorney General