IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| WILLIAM T. QUINN and DAVID CROSS,<br><br>   Plaintiffs,<br><br>v.<br><br>BRAD RAFFENSPERGER, in his official capacity as Secretary of State of Georgia,<br><br>   Defendant. | CIVIL ACTION FILE<br><br>No. 1:24-CV-04364-SCJ |

# **O R D E R**

This civil action is set for a hearing on October 31, 2024, as to pending Motions to Intervene.[1] Defendant has now filed a Motion to Dismiss. Doc. No. [30]. The Court will conduct a hearing on this motion prior to hearing argument regarding the Motions to Intervene. Therefore, the hearing on October 31, 2024 shall begin at 3:45 p.m.

---

[1] There are currently three pending Motions to Intervene (Doc. Nos. [8]; [10]; and [12]). Two of these motions are fully briefed and ripe for consideration. In order to include the later-filed motion (Doc. No. [12]) in the hearing, the Court will set an expedited briefing schedule.

So as to have briefing complete on all motions to be heard, the Court issues the following schedule:

October 24, 2024   Response to Motion to Intervene (Doc. No. [12]) due;

October 25, 2024   Response to Motion to Dismiss (Doc. No. [30]) due; and

October 29, 2024   Reply briefs as to the Motion to Intervene (Doc. No. [12]) and Motion to Dismiss (Doc. No. [30]) due.

The October 31, 2024 hearing on the Motion to Dismiss and the Motions to Intervene shall begin at 3:45 p.m. The Court will hear argument on the Motion to Dismiss first and move directly to the Motions to Intervene afterwards. The hearing will take place in Courtroom 1907 of the United States Courthouse, 75 Ted Turner Dr, S.W., Atlanta, GA 30303.

**IT IS SO ORDERED** this 22nd day of October, 2024.

 /s/ Steve C. Jones
**HONORABLE STEVE C. JONES**
**United States District Judge**