IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| WILLIAM T. QUINN AND DAVID CROSS, <br><br> Plaintiffs, <br><br> v. <br><br> BRAD RAFFENSPERGER, in his official capacity as Secretary of State of Georgia, <br><br> Defendant. | C.A. No. 1:24-cv-04364-SCJ |

## **MOTION TO STRIKE MOTION FOR WITHDRAWAL**

PLEASE TAKE NOTICE that Plaintiffs William T. Quinn and David Cross ("Plaintiffs") respectfully request that the Court permanently remove from the docket their previously-filed Motion for Withdrawal. (Dkt. No. 13.) In support thereof, Plaintiffs state as follows:

1. When this case was filed, David Ludwig of the law firm of Dunlap Bennett & Ludwig PLLC entered an appearance on behalf of Plaintiffs. Mr. Ludwig is an active member in good standing of the State Bar of Georgia, and he is presently representing Plaintiffs in this case. He will continue to represent Plaintiffs in this matter.

2. Cortland C. Putbrese of Dunlap Bennett & Ludwig PLLC was also listed in the signature block of Plaintiffs' Complaint as counsel of record, pending

his admission *pro hac vice*. Mr. Putbrese is not a member of the State Bar of Georgia.

3. On October 11, 2024, Plaintiffs filed a motion to withdraw Mr. Putbrese as counsel of record. (Dkt. No. 13.)

4. Since that time, attorney Todd A. Harding of the law firm of Harding Law Firm, LLC has appeared in this action on behalf of Plaintiffs. Mr. Harding maintains an office in the Northern District of Georgia at 113 East Solomon Street, Griffin, Georgia 30223. And he is serving as local counsel for Plaintiffs.

5. On October 24, 2024, Mr. Harding filed an application for the *pro hac vice* admission of Cortland C. Putbrese. (Dkt. No. 35.) This application designates Mr. Harding as local counsel.

6. Given that Plaintiffs now desire to have Mr. Putbrese represent them as counsel (along with Mr. Harding and Mr. Ludwig), Plaintiffs hereby request that the Court remove from the docket their previously-filed motion to withdraw Mr. Putbrese as counsel. (Dkt. No. 13.)

7. **WHEREFORE**, Plaintiffs William T. Quinn and David Cross respectfully request that the Court strike the pending Motion for Withdrawal (Dkt No. 13) and remove it from the docket.

Dated: October 25, 2024                              Respectfully submitted,

                    */s/ David Ludwig*
David Ludwig (Bar No. 42587)
DUNLAP BENNETT & LUDWIG PLLC
211 Church Street SE
Leesburg, VA 20175
Tel: (703) 777-7319
dludwig@dbllawyers.com

Todd A. Harding (Bar No. 101562)
HARDING LAW FIRM, LLC
113 E. Solomon Street
Griffin, GA 30223
Tel: (770) 229-4578
kamikazehitman@comcast.net

*Attorneys for Plaintiffs William T. Quinn and David Cross*

3

## **CERTIFICATE OF FONT AND POINT SELECTION**

I hereby certify under Local Rule 7.1(D) that the foregoing Motion was prepared in Times New Roman, 14-point font, which is one of the fonts and point selections approved in Local Rule 5.1.

Dated:  October 25, 2024                         */s/ David Ludwig*
                                                                 David Ludwig (Bar No. 425787)
                                                                 DUNLAP BENNETT & LUDWIG PLLC
                                                                 211 Church St. SE
                                                                 Leesburg, VA 20175
                                                                 Tel: (703) 777-7319
                                                                 dludwig@dbllawyers.com

                                                                 *Counsel for Plaintiffs William T. Quinn and David Cross*

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day caused to be served copies of this Motion upon counsel of record in this case by filing a copy using the Court's electronic CM/EDF filing system, which will automatically cause copies of the same to be delivered.

Dated: October 25, 2024

*/s/ David Ludwig*
David Ludwig (Bar No. 425787)
DUNLAP BENNETT & LUDWIG PLLC
211 Church St. SE
Leesburg, VA 20175
Tel: (703) 777-7319
dludwig@dbllawyers.com

*Counsel for Plaintiffs William T. Quinn and David Cross*