IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

WILLIAM T. QUINN and DAVID
CROSS,

   Plaintiffs,

v.

BRAD RAFFENSPERGER, in his official
capacity as Secretary of State of Georgia,

   Defendant.

CIVIL ACTION FILE

No. 1:24-CV-04364-SCJ

### O R D E R

This civil action was set for a hearing on October 31, 2024, as to Defendant's

Motion to Dismiss and Motions to Intervene filed by non-parties. Doc. Nos. [8];

[10]; [12]; [30]. Plaintiffs have timely filed an Amended Complaint (Doc. No. [45]),

rendering these motions moot.[1] See Fed. R. Civ. P. 15(a)(1)(B). Therefore, the

October 31, 2024 hearing is cancelled, and the Motion to Bring

Audio/Visual/Electronic Equipment to the hearing (Doc. No. [41]) is moot.

---

[1] Because the motions are moot, the briefing schedule entered by the Court on October
22, 2024 is vacated.

Defendant shall file a responsive pleading to the Amended Complaint in accordance with Federal Rule of Civil Procedure 15(a)(3).

Also pending is Plaintiffs' Motion to Withdraw the *pro hac vice* application of Attorney Cortland Putbrese (Doc. No. [13]) and Plaintiffs' Motion to Strike the Motion to Withdraw (Doc. No. [39]). The relief Plaintiffs seek is reinstatement of Attorney Putbrese's *pro hac vice* application, which is now pending at Docket Entry 44. Therefore, the Motion to Withdraw (Doc. No. [13]) is moot.

In sum, the Motions to Intervene (Doc. Nos. [8]; [10]; [12];) Motion to Dismiss (Doc. No. [30]); Motion to Withdraw (Doc. No. [13]; and Motion to Bring Audio/Visual/Electronic Equipment (Doc. No. [41]) are **DENIED** as moot. Finally, Plaintiffs' Motion to Strike, which is construed a Motion to Withdraw the earlier-filed Motion to Withdraw (Doc. No. [39]), is **GRANTED** to the extent that the Court will consider the October 25, 2024 application for *pro hac vice* admission (Doc. No. [44]).

**IT IS SO ORDERED** this 28th day of October, 2024.

HONORABLE STEVE C. JONES
**United States District Judge**

2