IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| WILLIAM T. QUINN AND DAVID CROSS,<br><br>*Plaintiffs,*<br><br>v.<br><br>BRAD RAFFENSPERGER, in his official capacity as Secretary of State of Georgia,<br><br>*Defendant.* | Civil Action File No.:<br>1:24-cv-04364-SCJ |

## MOTION TO STAY DISCOVERY AND ALL PRE-DISCOVERY DEADLINES PENDING RESOLUTION OF MOTION TO DISMISS

Brad Raffensperger, in his official capacity as Georgia Secretary of State (the "Secretary"), submits this motion pursuant to Federal Rule of Civil Procedure 26 to stay all discovery related activities, including the planning conference and the submission of the written discovery plan required under Fed. R. Civ. P. 26(f) and N.D. Ga. Loc. R. 16.1, 16.2, 16.3 and 26, and pretrial deadlines on the basis of the Secretary's pending motion to dismiss the amended complaint.

This 2nd day of December, 2024.

Respectfully submitted,

CHRISTOPHER M. CARR     112505
Attorney General

BRYAN K. WEBB     743580
Deputy Attorney General

*/s/ Elizabeth T. Young*
ELIZABETH T. YOUNG     707725
Senior Assistant Attorney General

*/s/ Alexandra M. Noonan*
ALEXANDRA M. NOONAN     733236
Assistant Attorney General

*Attorneys for Secretary of State Brad Raffensperger*

Please address all
communications to:
Elizabeth T. Young
Georgia Department of Law
40 Capitol Square, SW
Atlanta, Georgia 30334
Telephone: (404) 458-3425
Email: eyoung@law.ga.gov

## CERTIFICATE OF COMPLIANCE

Pursuant to L.R. 7.1(D), the undersigned hereby certifies that the foregoing has been prepared in Century Schoolbook 13, a font and type selection approved by the Court in L.R. 5.1(C).

<pre>
                          /s/ Alexandra M. Noonan
                          ALEXANDRA M. NOONAN      733236
                          Assistant Attorney General
</pre>

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing **MOTION TO STAY DISCOVERY AND ALL PRE-DISCOVERY DEADLINES PENDING RESOLUTION OF MOTION TO DISMISS** with the Clerk of Court using the CM/ECF e-filing system, which will send notification of such filing to the parties of record via electronic notification.

Dated: December 2, 2024.

*/s/ Alexandra M. Noonan*
ALEXANDRA M. NOONAN      733236
Assistant Attorney General