# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| WILLIAM T. QUINN AND DAVID CROSS,<br><br>*Plaintiffs,*<br><br>v.<br><br>BRAD RAFFENSPERGER, in his official capacity as Secretary of State of Georgia,<br><br>*Defendant.* | Civil Action File No.:<br>1:24-cv-04364-SCJ |

## [PROPOSED] ORDER GRANTING SECRETARY RAFFENSPERGER'S MOTION TO STAY DISCOVERY AND ALL PRE-DISCOVERY DEADLINES PENDING RESOLUTION OF MOTION TO DISMISS

This matter comes before the Court on the Secretary's Motion to Stay Discovery and All Pre-Discovery Deadlines Pending Resolution of Motion to Dismiss ("Motion"). Upon consideration of the Motion, and for good and sufficient cause shown therein, the Court ORDERS that the deadline for the Parties to conduct the Rule 26(f) conference, file initial disclosures, and complete the Joint Preliminary Report and Discovery Plan is extended until twenty-one (21) days following the Court's ruling on Defendant's Motion to Dismiss.

SO ORDERED this __ day of _____, 2024.

_____

Steven C. Jones
United States District Judge

Presented by:
Alexandra M. Noonan
Ga Bar No. 733236
Assistant Attorney General

Georgia Department of Law
40 Capitol Square SW
Atlanta, GA  30334
anoonan@law.ga.gov
404-793-5293

This 2nd day of December, 2024.

Respectfully submitted,

| | |
|---|---|
| CHRISTOPHER M. CARR<br>Attorney General | 112505 |
| BRYAN K. WEBB<br>Deputy Attorney General | 743580 |
| */s/ Elizabeth T. Young*<br>ELIZABETH T. YOUNG<br>Senior Assistant Attorney General | 707725 |
| */s/ Alexandra M. Noonan*<br>ALEXANDRA M. NOONAN<br>Assistant Attorney General | 733236 |

*Attorneys for Secretary of State Brad Raffensperger*

2

# CERTIFICATE OF COMPLIANCE

Pursuant to L.R. 7.1(D), the undersigned hereby certifies that the foregoing has been prepared in Century Schoolbook 13, a font and type selection approved by the Court in L.R. 5.1(C).

*/s/ Alexandra M. Noonan*
ALEXANDRA M. NOONAN  733236
Assistant Attorney General

# CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing **[PROPOSED] ORDER GRANTING SECRETARY RAFFENSPERGER'S MOTION TO STAY DISCOVERY AND ALL PRE-DISCOVERY DEADLINES PENDING RESOLUTION OF MOTION TO DISMISS** with the Clerk of Court using the CM/ECF e-filing system, which will send notification of such filing to the parties of record via electronic notification.

Dated: December 2, 2024.

*/s/ Alexandra M. Noonan*
ALEXANDRA M. NOONAN     733236
Assistant Attorney General