# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| WILLIAM T. QUINN and DAVID CROSS,<br><br>    Plaintiffs,<br><br>v.<br><br>BRAD RAFFENSPERGER, in his official capacity as Secretary of State of Georgia,<br><br>    Defendant. | Civil Action No.<br>1:24-cv-04364-SCJ |

## BLACK VOTERS MATTER FUND'S RENEWED MOTION TO INTERVENE AS DEFENDANT

BLACK VOTERS MATTER FUND, by and through undersigned counsel of record, files this Renewed Motion to Intervene in the above-referenced matter pursuant to Federal Rule of Civil Procedure 24(a) and (b).

The basis for the motion is more fully set forth in the accompanying brief in support of the Renewed Motion to Intervene.

Black Voters Matter Fund requests the Court's permission to file a Motion to Dismiss and accompanying brief in support, attached as Exhibit 2. Should the Court decline to grant its request to file its Motion to Dismiss, Black Voters Matter Fund has attached in the alternative a Proposed Answer as Exhibit 1.

Dated: December 9, 2024

Respectfully submitted,

**/s/ Adam M. Sparks**
Adam M. Sparks
Ga. Bar No. 341578
Anré D. Washington
Ga. Bar No. 351623
**KREVOLIN & HORST, LLC**
1201 W. Peachtree St., NW
One Atlantic Center, Suite 3500
Atlanta, GA 30309
Telephone: (404) 888-9700
Facsimile: (404) 888-9577
Email: sparks@khlawfirm.com
Email: washington@khlawfirm.com

Uzoma N. Nkwonta**
Marcos Mocine-McQueen**
Renata M. O'Donnell*
James J. Pinchak*
**ELIAS LAW GROUP LLP**
250 Massachusetts Avenue, Suite 400
Washington, D.C. 20001
(202) 968-4490
unkwonta@elias.law
mmcqueen@elias.law
rodonnell@elias.law
jpinchak@elias.law

Tyler L. Bishop**
**ELIAS LAW GROUP LLP**
1700 Seventh Avenue, Suite 2100
Seattle, Washington 98101
(202) 985-0628
tbishop@elias.law

*Counsel for Proposed Intervenor-Defendant Black Voters Matter Fund*

*\*Pro Hac Vice Application Forthcoming*
*\*\*Admitted Pro Hac Vice*